FILED
U.S. DISTRICT COURT

2011 DEC 13 P 2: 18

DISTRICT OF UTAH

SO ORDERED

BY: _____
DEPUTY CLERK

_Dee Benson_

DEE BENSON
United States District Judge

Date December 13, 2011

Stephen C. McKenna, Esq. (*pro hac vice*)
mckennas@sec.gov
Polly A. Atkinson, Esq.
atkinsonp@sec.gov
Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, CO 80202
(303) 844-1000

Thomas M. Melton, Esq.
meltont@sec.gov
Securities and Exchange Commission
15 W. South Temple Street
Suite 1800
Salt Lake City, UT 84101
(801) 524-6748

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff<br><br>v.<br><br>Jeffrey L. Mowen, Thomas R. Fry, Bevan J. Wilde, Gary W. Hansen, Michael G. Butcher, James B. Mooring, David G. Bartholomew, and Michael W. Averett,<br><br>　　　　　Defendants,<br><br>Erin O'Malley f/k/a Erin O. Mowen,<br><br>　　　　　Relief Defendant. | **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT DAVID G. BARTHOLOMEW**<br><br>Case No. 2:09-cv-00786-DB<br><br>District Court Judge Dee Benson<br><br>Magistrate Judge Paul M. Warner |

Plaintiff, Securities and Exchange Commission, moves pursuant to Fed. R. Civ. P. 56(a) and DU CivR 56-1 for summary judgment against defendant David G. Bartholomew ("Bartholomew") on all counts of the Complaint. Bartholomew, through his company LOA Capital LLC, offered and sold over $6.7 million of unregistered promissory notes (*i.e.* securities) to investors, in violation of Sections 5(a) and 5(c) of the Securities Act of 1933 ("Securities Act") – Count 3. In selling those securities, Bartholomew acted as an unregistered broker-dealer, in violation of Section 15(a) of the Securities Exchange Act of 1934 ("Exchange Act") – Count 4. Further, Bartholomew's offering memorandum under which he sold the securities, as well as his oral representations to investors, fraudulently contained multiple material misrepresentations and omissions, in violation of Section 17(a) of the Securities Act, Section 10(b) of the Exchange Act, and Rule 10b-5 thereunder – Counts 2 and 1, respectively.

The Memorandum of Law in Support of this Motion demonstrates that there is no disputed issue of material fact as to Bartholomew's violations of the federal securities laws. The Memorandum also sets forth Bartholomew's ill-gotten gains from his illegal conduct. The Commission therefore seeks summary judgment: 1) finding that Bartholomew violated Sections 10(b) and 15(a) of the Exchange Act, Rule 10b-5 thereunder, and Sections 5(a), 5(c), and 17(a) of the Securities Act; 2) enjoining Bartholomew from future violations of those provisions; 3) ordering disgorgement of Bartholomew's ill-gotten gains of $3,926,337; 4) ordering prejudgment interest of $587,182 on that disgorgement; and 5) imposing a third-tier penalty to be determined by the Court.

Respectfully submitted this 16th day of November, 2011,

                                              s/ Stephen C. McKenna
                                              Stephen C. McKenna, Colo. Bar No. 28744
                                              Polly A. Atkinson, Colo. Bar No. 18703
                                              Attorneys for Plaintiff
                                              Securities and Exchange Commission
                                              1801 California Street, Suite 1500
                                              Denver, CO  80202
                                              Telephone (303) 844-1000
                                              Fax (303) 844-1068
                                              Email: McKennaS@sec.gov
                                              Email: AtkinsonP@sec.gov

## CERTIFICATE OF SERVICE

I certify that on this 16th day of November, 2011, I caused a copy of the PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT DAVID G. BARTHOLOMEW to be served upon the following parties by Notice of Electronic Filing to their attorneys, who are registered users of ECF. For unrepresented parties, a copy was served via U.S. Mail.

Douglas E. Griffith:   dgriffith@keslerrust.com
Attorney for Defendants Mooring and Averett

Brad Lam:   brad@lamlaw.net
Attorney for Defendants Hansen and Butcher

Jennifer A. James:   jaj@clydesnow.com
Attorney for Defendant Fry

Robert S. Clark:   rclark@parrbrown.com
James Logan Ahlstrom:   jahlstrom@parrbrown.com
Attorneys for Defendant Bartholomew

Jeffrey L. Mowen
Inmate No. 43589-279
c/o Florence FCI
Federal Correctional Institution
PO Box 6000
Florence, CO 81226

Bevan J. Wilde
4872 Sampson Court
Highland, UT 84003

s/ Nicole L. Nesvig

3